**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Gary Machetta v. Arlene Machetta

Appellate case number:    01-17-00415-CV

Trial court case number:  2007-50042

Trial court:                      310th District Court of Harris County

Appellee Arlene Machetta filed a motion to file her brief under seal. The court denied appellee's motion to seal her brief and directed her to Rule 9.9 for guidance.

Now appellee has filed a "Motion to Clarify Order re Refiling of Brief in Conformance with Rule 9.9." The motion does not seek clarification of the previous order denying a motion to file under seal, but instead seeks various advisory rulings about how to implement Rule 9.9, including "clarification" about the adequacy of using initials to identify minor children, "how to apply" Rule 9.9(c), and how to electronically file the motion.

Appellee's motion seeking a written advisory ruling about how to apply the rules of appellate procedure is **DENIED**.

Appellee's motion for extension of time is **GRANTED**. Appellee's brief is due November 19, 2018.

It is so ORDERED.


Judge's signature: ___/s/ Michael Massengale___
                        ☒ Acting individually    ☐ Acting for the Court


Date: _November 8, 2018____